ANTHONY MANGINI, Appellant, v. EDWARD HOLLAND et al., Respondents.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.